**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Lester Dortch, | Civil No. 08-1047 (RHK/AJB) |
| Petitioner, | **ORDER** |
| vs. | |
| Warden Duke Terrell, | |
| Respondent. | |

_____

Before the Court are Petitioner's Objections to the April 15, 2008 Report and Recommendation of Magistrate Judge Arthur J. Boylan. The undersigned has reviewed do novo Judge Boylan's recommendation and the Objections thereto. Based upon that review, and all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (designated as "Response Reply") (Doc. No. 4) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 3) is **ADOPTED**; and

3. The Application for habeas corpus relief under 28 U.S.C. § 2241 (Doc. No. 1) is DISMISSED for lack of jurisdiction.

Dated: June 11, 2007

                                                                            s/Richard H. Kyle
                                                                            RICHARD H. KYLE
                                                                            United States District Judge